# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

__REINALDO ACOSTA__

vs

(Full name of defendant(s))

__MATT KENNEDY ET. AL.__

__G-FOUR S TRANSPORTATION SERVICES__

Case Number: __16 C 695-jdp__

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __WISCONSIN__, and is located at
    (State)

    __W.S.P.F. P.O.BOX 9900 BOSCOBEL, WI__
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __MATT KENNEDY__
(Name)

is (if a person or private corporation) a citizen of __WISCONSIN__
(State, if known)

and (if a person) resides at __633 West Wisconsin Ave Suite 393__ MIL, WIS 53203
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __G-FOUR-S TRANSPORTATION SERVICES__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about June 8, 2016 plaintiff a state prisoner who was and at all relevant times was a prisoner at the Wiconsin Secure Prison Facility. On the above date, while appearing for a Writ Of habeas Corpus Ad Testifacandum in a criminal matter in the circuit court of Milwaukee County. During the return tripa as the van was driving at an high-rate of speed, the driver (Blanchi) abruptly slammed on the brakes which caused the plaintiff to be thrown into the windshield. Plaintiff did suffer serious injury due to the driver's indifference which

Attachment One (Complaint) – 2

plaintiff believes gives rise to this action. See: Brown v. Missouri Dept' Of Correctionsd 353 F.3d 1038, 1040 (8th Cir. 2004) allegation that transportation officers refused to fasten the seat belt of a restrained prisoner and then drove recklessly stated a deliberate indifference claim.)Plaintiff hereby swears under 28 U.S.C. 1746 statute that this was the actual incident in this matter. See: (Attachments). Also Plaintiff was not seat belt fasten due to driver lack of training on these's matter's.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I seek monetary and compensatory damages. I seek punitive damages, as since the death of Freddie Gray in police custody it should have been reasonably known that it is imperative to fasten the seat belt of the occupants.,. Punitive damages are needed to stop this behavior. $250,000.00

E.   JURY DEMAND

[X]   Jury Demand – I want a jury to hear my case
              OR

[ ]   Court Trial – I want a judge to hear my case

Dated this __15th__ day of __September__ 20__16__.

Respectfully Submitted,

_(signature)_
Signature of Plaintiff

__# 339941__
Plaintiff's Prisoner ID Number

__W. S. P. F.  P.O. BOX 9900__

__Boscobel, Wisconsin  53805__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X]   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.