# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

August 31, 2017

Reinaldo Acosta, Jr., #339941
Redgranite Correctional Institution
P.O. Box 925
Redgranite, WI 54970-0925

      Re:    16-cv-695-jdp; Acosta, Jr. v. Kennedy, et al.

Dear Mr. Acosta, Jr.:

      This will acknowledge receipt of your letter dated August 27, 2017 in which you ask for a status update in the above-referenced case.

      At this time, the court is waiting for the defendants to be served by the United States Marshals Service.  After the defendants have been served and answers filed, the court will set this matter on for a pretrial conference with the magistrate judge, at which you will participate by telephone.  At the conference, the magistrate judge will set a trial date and other deadlines to move this case toward resolution.  A courtesy copy of the docket sheet is enclosed with this correspondence.

      PETER OPPENEER, Clerk of Court,

      By:___/s/_____
         Deputy Clerk

encl.