UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

REINALDO ACOSTA,

    Plaintiff,

v.                                                              Civil Action No. 16-CV-695-JDP

MATT KENNEDY,
G-FOUR-S TRANSPORTATION SERV.
(BLANCHI) JOHN DOE –DRIVER
(RAMSTACK) JOHN DOE-CO-PILOT,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND ON THE MERITS

    IT IS HEREBY STIPULATED by and between the parties that this lawsuit, including all claims and causes of action that the parties have asserted herein, as well as all claims and causes of action that the parties might have asserted herein, be dismissed with prejudice, on the merits and without costs to any party.

Dated: 6/25/18

By: _____
Reinaldo Acosta, Jr. 339941
Redgranite Correctional Institution
1006 County Rd. EE; P.O. Box 925
Redgranite, WI 54970-0925

KASDORF, LEWIS & SWIETLIK, S.C.
Attorneys for Defendants

Dated: 7/23/18

By: s/ Dustin T. Woehl
Dustin T. Woehl (SBN: 1036759)
One Park Plaza;
11270 West Park Place, 5th Floor
Milwaukee, WI 53224
T: 414.577.4000 / F: 414.577.4400
dwoehl@kasdorf.com